**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM S. COOPER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No.  11-83 Erie |
| v. | ) | |
| | ) | |
| DEBRA SAUERS, et. al., | ) | |
| | ) | |
| Respondents. | ) | |

### MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on April 8, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 13], filed on June 6, 2012, recommended that the Petition be denied and that a certificate of appealability be denied.  The parties were allowed fourteen (14) days from the date of service to file objections.  Petitioner filed objections on June 18, 2012 [ECF No. 14], which he subsequently amended on June 21, 2012 [ECF No. 15 and ECF No. 16].  After de novo review of the documents in the case, together with the Report and Recommendation, objections, and amendments thereto, the following order is entered:

AND NOW, this 2nd day of July, 2012;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DENIED and a certificate of appealability is DENIED.

The Report and Recommendation [ECF No. 13] of Magistrate Judge Baxter, filed on June 6, 2012, is adopted as the opinion of the Court.

The Clerk is directed to mark the case closed.

                                                      s/    Sean J. McLaughlin
                                                             United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge